In the Matter of the Claim of GUISEPPE MILLE, Respondent, against LA SALA BROTHERS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award reversed and claim remitted, with costs against the State Industrial Board to abide the event, on the ground that the policy was not produced, and it was not established that it was lost or destroyed, and, therefore, secondary evidence as to its contents was not competent; furthermore it appears that the employer did not pay premiums calculated on the work of the particular job in which the claimant was injured. There should be further proof on the question of the coverage of this particular work. Davis, Whitmyer and Hasbrouck, JJ., concur; Van Kirk, P. J., and Hinman, J., vote for dismissal on the ground that the proof is sufficient, and discloses that the Thirty-sixth street job was not covered by the policy.

In the Matter of the Claim of Mrs. ISADORE MARKS, Respondent, against WALTER GRAY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.*— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of WILLIAM POWERS, Respondent, against GEORGE F. SCULLY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award as to the United States Fidelity and Guaranty Company, carrier, reversed, and claim dismissed, with costs against the State Industrial Board, on the authority of *Matter of Pettit* v. *Reges* (242 N. Y. 272); and also upon the ground the injury was received while claimant was engaged in the construction of a sewer, which employment was excluded by the terms of the policy. Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ., concur.

In the Matter of the Claim of Mrs. A. J. PRATTINGER, Respondent, against MAIDEN LANE REALTY COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.†— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of ROSE PALIUS, Respondent, against KESSLER & KAISER, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— There is erroneously included in the findings the statement " and elonged excavated area in the right parietal region of the skull extending forward to the frontal bone," as representing one of the injuries received in the accident. This was the result of a former injury, and should be struck out of the findings. The evidence supports the finding of death from accidental injuries, and the award is unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Whitmyer and Hasbrouck, JJ.

In the Matter of the Claim of JAMES RYAN, Respondent, against MUMFORD PAPER MILLS, INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Van Kirk, P. J., Hinman, Davis, Hill and Hasbrouck, JJ.

* Revd., 251 N. Y. 90.     † Affd., 250 N. Y. 593.